IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01802–CMA–KMT

DIAMOND DEMMER,

    Plaintiff,

v.

ROBERT FITZGIBBONS, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

In light of Defendants' "Response to Plaintiff's Motion to Amend Complaint" (Doc. No. 29, filed Oct. 19, 2011), Plaintiff's "Motion to Amend Complaint Pursuant to F.R.C.P. 15(a)(2)" (Doc. 25, filed Oct. 13, 2011) is GRANTED. Plaintiff's Amended Complaint (Doc. No. 26) is accepted as filed.

Dated: October 19, 2011