IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01802-CMA-KMT

DIAMOND DEMMER,

    Plaintiff,

v.

ROBERT FITZGIBBONS, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 61) signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED:  June  18 , 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge